UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL KARSLAKE-ARNDT,

    Plaintiff,

v.

    Case No. 1:25-cv-205

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order of Remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated:  June 26, 2025                      /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge